BEFORE THE SECOND DIVISION, DECEMBER 5, 1951

**No. 56117.**—Larami Metal Company v. United States, protest 170326–K (Baltimore).

Opinion by LAWRENCE, J.   It was stipulated that certain items of the merchandise consist of aluminum scrap; that said scrap is a nonferrous material in chief value of metal; and that it is secondhand or waste or refuse, fit only to be remanufactured.   Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.

**No. 56118.**—Gehrig, Hoban & Co., Inc. v. United States, protest 172733–K (New York).

Opinion by LAWRENCE, J.   From an examination of the papers in the case the court found nothing therein tending in any way to overcome the presumption of correctness attaching to the decision of the collector.   The protest was therefore overruled.

**No. 56119.**—Lucy Drage, Inc. v. United States, protest 15153–K (St. Louis).

Opinion by RAO, J.   The protest was dismissed.

**No. 56120.**—Mandel Bros., Inc., et al. v. United States, protests 33117–K/89363, etc. (Chicago).

Opinion by RAO, J.   The protests were dismissed.

**No. 56121.**—A. J. Taylor v. United States, protests 114379–K and 117280–K (El Paso).

Opinion by RAO, J.   The protests were dismissed.

**No. 56122.**—Drueding Brothers and Schildkraut Bros. v. United States, protest 159026–K and 170021–K (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 56123.**—Schall & Co. v. United States, protest 167046–K (New York).

Opinion by RAO, J.   The protest was dismissed.

**No. 56124.**—Gimbel Bros., Inc. v. United States, protest 167522–K (New York).

FORD, Judge:   The plaintiff herein filed this suit against the United States seeking to recover certain monies assessed and collected as customs duties upon an importation of handbags which were imported from France.   The collector classified the handbags as articles in chief value of beads, ornamented with beads, and levied duty thereon at the rate of 50 percent ad valorem under paragraph 1529 (a) of the Tariff Act of 1930, as modified by the General Agreement on Tariffs and Trade, 82 Treas. Dec. 305, T. D. 51802.